

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 17, 2022

No. 04-21-00208-CV

Richard **PAMPLIN** and Networth Cashflow Systems, LLC,
Appellants

v.

Kelly **STEPHENSON,** Trustee of The Coffee Time, Inc. 40 I K (PSP),
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI05138
Honorable Aaron Haas, Judge Presiding

# O R D E R

On February 10, 2022, appellee Kelley Stephenson, Trustee of the Coffee Time, Inc. 401K(PSP) filed a motion requesting an extension of time in which to file a brief and to supplement the record on appeal.

The motion is GRANTED, and appellee is ORDERED to file the brief and any supplemental record **no later than March 14, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court